In the Matter of the Application of CHARLES HENRY ROMER, as Executor, etc., of ELGIVA E. ROMER, Deceased, Respondent, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of the City of New York, Appellant, to Institute Proceedings, etc., to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of Tho Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH McKENNA, Appellant, v. VITO CONTESSO and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FANNIE COHEN and Others, Appellants, v. JOSEPH GOLA, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GOLDSTEIN-WILKINS CORPORATION, Appellant, v. FRED ROSENZWEIG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

VICTOR LESTCHINSKY (Also Known as VICTOR LEE) and RUTH LESTCHINSKY, Respondents, v. LIBERTY HIGHWAY COACH Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RITA JOVANS, Respondent, v. VICTOR LETSHINSKY, Defendant, Impleaded with LIBERTY HIGHWAY COACH Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ADMIRATION COAT & APRON SUPPLY Co., INC., Appellant, v. SAMUEL GREENWALD, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CAUL REALTY CORPORATION, Appellant, v. HAROLD O. ROTHMAN, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FREDERICK A. WEISS, as Executor, etc., of EMIL O. WEISS, Deceased, Respondent, v. BENJAMIN E. STRAIGHT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE HY-PO COMPANY, INC., Respondent, v. HILLEL SHARF and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISADORE B. GELLER and Another, Respondents, v. FLAMOUNT REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.